AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

SARA RHODES, an individual,

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| STADTMUELLER & ASSOCIATES, P.S. | ) |
| d/b/a BARNETTE, STADTMUELLER | ) |
| & ASSOCIATES, P.S., et al. | ) |
| *Defendant* |  |

Civil Action No.   2:14-cv-00400-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Defendants' Motion to Amend/Reconsider (ECF No. 44) is DENIED.  The Court awards attorneys' fees in the amount of
Four Thousand One Hundred Fifty Eight Dollars and no/100 ($4,158.00) in favor of Plaintiff and against Defendants.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for

Date:  March 30, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*

Lennie Rasmussen