AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SARA RHODES, an individual,

*Plaintiff*

v.

STADTMUELLER & ASSOCIATES, P.S., d/b/a/
BARNETTE STADTMUELLER & ASSOCIATES, P.S.,
a Washington professional services corporation, et al.

*Defendant*

Civil Action No. 2:14-cv-400-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's/Appellee's unopposed application for attorneys' fees is GRANTED. The Court awards attorneys' fees in favor of Plaintiff and against Defendants in the amount of $3,710.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian .

Date: 8/23/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen